**44**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodolfo FORTANELLI, Defendant–**
**Appellant.**

No. 03–10480.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Susan B. Cowger, Tamara Lynn Reno, US Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Rodolfo Fortanelli, Reeves County Detention Center, Pecos, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

The Assistant Federal Public Defender appointed to represent Rodolfo Fortanelli on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fortanelli has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.